**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1176**

———————

CHRISTOS D. DEDES,

Plaintiff - Appellant,

and

CHRISTOS D. DEDES, as Legal Custodian for his
children Quincy Sophia Dedes and Dionysios
Christos Dedes; ALL PARENTS SIMILARLY
SITUATED,

Plaintiffs,

versus

ROSWELL PAGE; JOHN O'BRION; MURRAY J. JANUS;
SYLVIA CLUTE; DONALD LEMONS; ALFRED SHILLING;
DANIEL T. BALFOUR; MELVIN R. HUGHES, Judge,
Judge of the Circuit Court in the City of
Richmond; RICHARD L. WILLIAMS, Judge, Judge of
the United States District Court for the
Eastern District of Virginia,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert R. Merhige, Jr., Senior
District Judge. (CA-94-186-3)

———————

Submitted: April 30, 1998          Decided: June 2, 1998

Before WIDENER and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christos D. Dedes, Appellant Pro Se.  James Watson Morris, III, MORRIS & MORRIS, Richmond, Virginia; John Henry O'Brion, Jr., COWAN & OWEN, P.C., Richmond, Virginia; Murray Joseph Janus, BREMNER, JANUS & COOK, Richmond, Virginia; Sylvia Lanabeth Clute, Richmond, Virginia; Alfred Louis Shilling, Richmond, Virginia; Daniel T. Balfour, BEALE, BALFOUR, DAVIDSON, ETHERINGTON & PARKER, Richmond, Virginia; Robert William Jaspen, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order awarding Fed. R. Civ. P. 11 sanctions to various Defendants in this action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dedes v. Page</u>, No. CA-94-186-3 (E.D. Va. Jan. 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for monetary damages and to disbar M. J. Janus is denied, and the Appellees' various motions for sanctions, attorney's fees, and costs are denied.

<u>AFFIRMED</u>

3